# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137741

CHERYL WALTON and JOHN GOSS,
     Plaintiffs-Appellants,

v

WHITEWATER TOWNSHIP,
     Defendant-Appellee.

SC: 137741
COA: 274969
Gd Traverse CC: 06-025443-CZ

_____/

On order of the Court, the application for leave to appeal the October 16, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2009                           _____
                                                      Clerk

p0518